UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAY 2 0 2015

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. |
| v. | ) **4:15CR00238 AGF/NAB** |
| CHRISTOPHER LAMONT GREEN, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about October 21, 2014, in St. Louis County, within the Eastern District of Missouri, the defendant,

**CHRISTOPHER LAMONT GREEN,**

did knowingly and intentionally distribute oxycodone, a Schedule II controlled substance, in

1

violation of Title 21, United States Code, Section 841(a) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney


_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, MO   63102
(314) 539-2200

2